## IN THE MATTER OF THE SUPREME COURT COMMITTEE ON RULES OF PLEADINGS, PRACTICE AND PROCEDURE IN CRIMINAL CASES

Supreme Court of Arkansas
Delivered May 12, 1986

PER CURIAM. The Honorable Stevan E. Vowell of Berryville, Arkansas, is hereby appointed to our Committee on Rules of Pleading, Practice and Procedure in Criminal Cases, replacing the Honorable Priscilla Karen Pope of Fayetteville, Arkansas.

The court expresses its gratitude to the Honorable Priscilla Karen Pope, for her faithful service as a member of this committee.

PURTLE, J., not participating.

## IN THE MATTER OF THE BOARD OF LEGAL SPECIALIZATION

708 S.W.2d LXVII

Supreme Court of Arkansas
Delivered May 27, 1986

PER CURIAM. The terms of Mr. Randall W. Ishmael, of Jonesboro, Mr. John A. Lewis, of Fort Smith, and Mr. John Stroud, of Texarkana, as members of the Board of Legal Specialization have expired. Mr. Bill Penix, of Jonesboro, is appointed to replace Mr. Ishmael for District 1. Mr. Charles R. Ledbetter, of Fort Smith, is appointed to replace Mr. Lewis for District 3. Mr. Toney D. McMillan, of Arkadelphia, is appointed to replace Mr. Stroud for District 4.

The court expresses its gratitude to the outgoing members of the Board for their faithful service.

PURTLE, J., not participating.